UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 07 CR 723 |
| JAMAL DANIELS and | ) |
| TENEKA BROWN | ) 07 CR 723 |

## ORDER

In response to the ex parte motion of the United States of America to seal the criminal complaint and arrest warrants in the captioned case;

IT IS HEREBY ORDERED that the government's Motion is GRANTED and the criminal complaint and arrest warrants are sealed until 9:00 a.m. on Monday, November 12, 2007.

ENTER: *Arlander Keys*
ARLANDER KEYS
U.S. Magistrate Judge

DATED: November 2, 2007