## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 2 | **DATE** | 11/5/2007 |
| **CASE TITLE** | USA vs. Teneka Brown | | |

**DOCKET ENTRY TEXT**

Initial appearance held on 11/5/07 as to Teneka Brown (2). . Government's motion to unseal complaint and supporting documents is granted. Defendant appears in response to the arrest on 11/5/07. Defendant informed of her rights. Herb Goldberg's oral motion for leave to file appearance is granted. Defendant's unopposed oral motion to continue detention and preliminary examination to 11/9/07 at 10:30 a.m. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|