## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Arlander Keys | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 2 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. Teneka Brown | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 11/5/07 as to Teneka Brown. Defendant's unopposed oral motion to continue detention and preliminary examination to 11/16/07 at 10:00 a.m. is granted. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | Courtroom Deputy Initials: | yp |
|---|---|---|