# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 2 | **DATE** | 11/16/2007 |
| **CASE TITLE** | USA vs. Teneka Brown | | |

**DOCKET ENTRY TEXT**

Preliminary examination held on 11/16/2007 as to Teneka Brown (2). Defendant waive the right to a preliminary examination hearing. Enter a finding of probable cause, order defendant bound to the District Court for further proceedings. Defendant's oral motion to continue detention hearing to 11/21/07 at 2:00 p.m. before Judge Brown is granted.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | yp |
|---|---|---|