## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. Teneka Johnson Brown | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. By the agreement of the government and defendant, this matter is transferred back to Judge Valdez for a detention hearing to be set by Judge Valdez at a later time. Detention hearing set for 11/21/07 is stricken.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|