KC FILED
NOV 29 2007
NOV 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | |
| ) | |
| TENEKA BROWN   ) | |
| ) | No. 07 CR 723-2 |
| ) | Judge ~~Geraldine Soat Brown~~ Valdez |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on November 21, 2007, and for and in consideration of bond being set by the Court for defendant TENEKA BROWN in the amount of $168,000, being secured by real property, Otha Barnes hereby warrants and agrees:

1.  Otha Barnes warrants that he is the sole record owner and titleholder of the real property located 9410 S. Throop, Chicago, Illinois, described legally as follows::

> LOT 39 IN WILLIAM J. WIGHTMAN'S RESUBDIVISION OF LOTS 1 TO 18 INCLUSIVE IN BLOCK 39 IN ISAAC CROSBY'S SUBDIVISION OF THAT PART OF THE SOUTH ½ SECTION 5, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WESTERLY OF THE RIGHT OF WAY OF THE CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD, IN COOK COUNTY, ILLINOIS.
>
> P.I.N: 25-05-329-019-0000

Otha Barnes warrants that there are no outstanding mortgages against the subject property and that his equitable interest in the real property is approximately $168,000.

2.   Otha Barnes agrees that his equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant TENEKA BROWN fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Otha Barnes further understands and agrees that, if the defendant TENEKA BROWN should violate any condition of the Court's release order, and his equity in the property is less than $168,000 he will be liable to pay any negative difference between the bond amount of $168,000 and his equitable interest in the property, and Otha Barnes hereby agrees to the entry of a default judgment against him for the amount of any such difference. Otha Barnes has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice he will receive is notice of court proceedings.

3.   Otha Barnes further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Otha Barnes understands that should defendant TENEKA BROWN fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.   Otha Barnes further agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

2

5.  Otha Barnes further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant TENEKA BROWN he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Otha Barnes agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6.  Otha Barnes hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 11-29-07

OTHA BARNES
SURETY/GRANTOR

Date: 11-29-07

Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/dc