MAGISTRATE JUDGE KEYS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

*Felony*

07CR723

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JUDGE MORAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 723 US v. Jamal Daniels

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances .. (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery .......... (II) | X Other Fraud ............ (III) | ☐ Immigration Laws ........ (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault .............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ........ (IV) |
   | ☐ Burglary ............ (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    **Title 18, U.S.C. § 2, 1029(a)(1), 1029(b)(1), 1029(b)(2)**

F I L E D

DEC 4 2007

_____
RENATO MARIOTTI
Assistant United States Attorney

(revised 12/99)   **MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**