

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Moran | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723-2 | **DATE** | 12/7/07 |
| **CASE TITLE** | USA vs. Teneka Brown |||

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 12/14/07. Pretrial motions to be filed by 1/2/08. Responses to pretrial motions are due by 1/16/08, replies thereto due by 1/30/08. . Status hearing set before Judge Moran on 1/10/08 at 11:00 a.m. Time is excluded pursuant to 18:3161(h)(1). Same bond to stand. *AK* Xt1

| | Courtroom Deputy Initials: | AC |
|---|---|---|