**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                 Case No.: 1:07−cr−00723
                                                   Honorable James B. Moran

Jamal Daniels, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge James B. Moran as to Teneka Brown : Status hearing set for 1/10/2008 is stricken and reset to 2/14/2008 at 09:15 AM. as to Teneka Brown. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 1/10/2008 and ending on 2/14/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.