# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 2 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. TENEKA BROWN | | |

**DOCKET ENTRY TEXT**

Hearing held re amending bond conditions for Teneka Brown. Bond conditions amended to reflect new custodian Kandace Johnson instead of Ansilean Greer. Remainder of bond conditions to stand.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | LG |
|---|---|---|